U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
May 18 - 2022
John M. Domurad, Clerk

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| v. | ) |
| | ) Case No.  5:22- MJ-243(CFH) |
| | ) |
| **JESSE BARTLETT,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of May 15, 2022 in the county of Jefferson in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 876(c) | Mailing Threatening Communications |

This criminal complaint is based on these facts:
See attached affidavit.

☒  Continued on the attached sheet.

_____
Complainant's signature
Michael DiCaprio, Special Agent FBI
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:  May 18, 2022

_____
*Judge's signature*
Hon. Christian F. Hummel, U.S. Magistrate Judge
*Printed name and title*

City and State:  Albany, NY

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, **Michael DiCaprio**, being first duly sworn, hereby depose and state as follows:

### Introduction

1. I have been a Special Agent of the FBI for over 14 years. Since September of 2019, I have been assigned to the Joint Terrorism Task Force (JTTF) of the Albany Field Office, where, among other things, I am responsible for conducting national security investigations of potential violations of federal criminal law. Prior to that assignment I served over 11 years on the JTTF at the John F. Kennedy International Airport Resident Agency (JFKRA) of the New York Field Office. Over the course of my time as a Special Agent, I have received training and have experience in criminal and national security investigations, as well as matters involving domestic and international terrorism, and have been afforded the opportunity to work on a significant number of criminal investigations involving cellular telephones, including historical and prospective cell-site data from wireless providers, as well as tracking devices on vehicles.

2. I make this affidavit in support of a criminal complaint charging JESSE BARTLETT ("BARTLETT") with knowingly mailing threatening communications containing a threat to injure another person, in violation of Title 18, United States Code, Section 876(c).

3. The statements contained in this affidavit are based upon my investigation, information provided by other law enforcement officers, and on my experience and training. As this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that BARLETT has violated Title 18, United States Code, Sections 876(c).

**PROBABLE CAUSE**

4.  This investigation concerns a person who has mailed threatening communications each month beginning in at least April 2021 to present day to media outlets, government offices, houses of worship, and private businesses, in which the author—who identifies himself as the "Chinese Zodiac Killer"—states that he has killed individuals and that he intends to kill more, including an unnamed bus driver, and expresses a desire to instill terror and fear. There is probable cause to believe that BARTLETT authored and mailed the letters, all of which were sent through the U.S. Postal Service ("USPS"). To date, the FBI is aware of and possesses copies of more than 100 letters postmarked throughout New York and surrounding states from the Chinese Zodiac Killer.

5.  For example, a July 20, 2021 letter sent to a media company in Melville, New York, signed by the Chinese Zodiac Killer states: "I HAVE ALREADY KILLED SOMEONE IN THE NEW YORK AREA[.] HEAR MY PROPHECY: I WILL KILL AGAIN[.] HELL WANTS MORE SOULS[.] I AM A SEXUAL PREDATOR AND A KILLER AMONG THE LIVING[.] I AM NOT HIDING[.] I AM VERY EASY TO FIND …BECAUSE I NEED TO BE FOUND. BUT I MUST *TEST YOU[.]" The letter also states, "I WILL MAKE AN EXAMPLE OF ANYONE WHO REFUSES TO EDUCATE THE PUBLIC OF MY *EXISTENCE."

6.  An August 21, 2021 letter signed by the Chinese Zodiac Killer and mailed to President Biden at the White House in Washington, DC, states: "I MADE *IT CLEAR THAT I WOULD MAKE AN EXAMPLE OF ANYONE WHO HAS KNOWLEDGE OF ME THAT REFUSES TO EDCUATE THE PUBLIC OF MY EXISTENCE." The letter goes on to state that the Chinese Zodiac Killer intends to "WIPE OUT A SCHOOL BUS DRIVER FOREVER."

7. A September 19, 2021 letter signed by the Chinese Zodiac Killer sent to media company in Binghamton, New York, states, "I WILL NOT EVEN TELL YOU WHO I KILLED ALREADY," reiterates the Chinese Zodiac Killer's intent to "MAKE AN EXAMPLE OF ANYONE WHO HAS KNOWLEDGE OF ME THAT REFUSES TO EDUCATE THE PUBLIC OF MY EXISTENCE," and expresses the Chinese Zodiac Killer's intent to "WIPE OUT A SCHOOL BUS DRIVER."

8. An October 18, 2021 letter signed by the Chinese Zodiac Killer sent to a municipality in New Jersey states that the Chinese Zodiac Killer is "A SEXUAL PREDATOR AND A KILLER" who wants to "BRING TERROR." The letter also reiterates the Chinese Zodiac Killer's intent to "WIPE OUT A SCHOOL BUS DRIVER" and explains that he intends "TO KILL TWO MALES AND TWO FEMALES."

9. A November 18, 2021 letter signed by the Chinese Zodiac Killer sent to the New York State Police states that the Chinese Zodiac Killer began his "SPREE OF TERROR 14 MONTHS AGO" and explains that "I TRAVEL FAR FROM HOME INTO NORTH COUNTRY TO PLACES I DON'T LIVE TO MAIL MY LETTERS, TO CREATE MORE CONFUSION." The Chinese Zodiac Killer also reiterates his previous threats to "WIPE OUT A SCHOOL BUS DRIVER" and explains that he has been "WATCHING YOUR CHILDREN."

10. A February 14, 2022 letter signed by the Chinese Zodiac Killer sent to a retail company in Liverpool, New York, and postmarked in Syracuse, New York, further reiterates the Chinese Zodiac Killer's "INTENT TO WIPE OUT A SCHOOL BUS DRIVER TO BOTH BROWN TRANSPORTATION AND FIRST STUDENT" and states that he is a "SEXUAL PREDATOR." The letter also states that "EACH MONTHLY LETTER CONTAINS MY CURRENT KILL COUNT- AND WHETHER OR NOT I FEASTED ON THE FLESH OF MY

VICTIMS. I MADE IT CLEAR THAT I KILLED A HUMAN MALE LONG AGO. SINCE, I HAVE KILLED BOTH MALES AND FEMALES. I REGRET TO SAY THAT I ONLY KILLED 1 VICTIM IN THE LAST MONTH. I HOPE TO GO ON A KILLING SPREE THIS NEXT MONTH, AND RACK UP SOME REAL NUMBERS. BY THE WAY-I REALIZED, I NEVER TOLD ALL OF YOU WHORES, ABOUT "THE BOOK"?! I CREATED A BOOK DOCUMENTING MY EXPERIENCES IN DETAIL. *IT IS BINDED TO HUMAN FLESH. I SHALL CONTINUE TO BIND MORE HUMAN FLESH TO *IT AND THEN CREATE A 2ND BOOK LIKEWISE BOUND TO HUMAN FLESH, AND EVENTUALLY A SERIES."

<u>Surveillance of Bartlett Mailing Chinese Zodiac Killer Letters</u>

11. On May 12, 2022, members of the FBI observed BARTLETT, wearing blue latex gloves, place envelopes into a blue USPS collection can in Watertown, New York, and into a USPS drop box in Clayton, New York. A surveillance photo is found below:



12.     A search of the collection bins revealed 21 letters with the same return address in Syracuse, New York, addressed to different religious institutions and places of worship, which is consistent with previous mailings by the Chinese Zodiac Killer.

13.     On May 15, 2022, members of the FBI observed BARTLETT placing what appeared to be a brown paper package into a USPS blue collection can in Watertown, New York. A surveillance photo is found below:



14.     A search of the collection can revealed 21 envelopes with the same return address in Watertown, New York, addressed to law enforcement agencies and various politicians.

15.     On May 17, 2022, this Court issued a search warrant for the 42 envelopes collected on May 12 and May 15, 2022, which was executed on May 18, 2022. Each of the 21 envelopes addressed to law enforcement agencies and various politicians mailed on May 15, 2022, contained letters signed by the Chinese Zodiac Killer. Each of the 21 envelopes addressed to different religious institutions and places of worship and mailed on May 12, 2022, contained letters signed by "Aleister Crowley," who is repeatedly referenced throughout letters signed by the Chinese Zodiac Killer.

16.     In the May 15, 2022 batch of letters to law enforcement and politicians, all of which were the same, the Chinese Zodiac Killer wrote, "EVERY MONTH SINCE NOVEMBER I HAVE KILLED BOTH MALE AND FEAMLES," and explained that "IT IS POSSIBLE THAT I AM KILLING INDIVIDUALS WHOSE IDENTITIES ARE IMPOSSIBLE TO TRACK (I.E., HOMELESS, RUNAWAYS, ILLEGAL IMMIGRANTS), AND DESTROYING ALL EVIDENCE SO EFFICIENTLY." The letters also states, "I AM PREPARING MY ULTIMATE DEATH RITUAL OF SELF-SACRIFICE," and expresses the Chinese Zodiac Killer's intent to "WIPE OUT A SCHOOL BUS DRIVER." The letters go on to explain, "YOUR TIME TO 'CATCH' ME IS NEARLY OUT. I GROW WEARY OF YOUR INABILITY TO CAPTURE ME AND TO INFORM THE PUBLIC OF MY PRESENCE."

### Conclusion

17.     Based upon the above information, there is probable cause to conclude that JESSE BARTLETT has violated Title 18, United States Code, Sections 876(c), which prohibits knowingly mailing threatening communications containing a threat to injure another person.

Attested to by the affiant

Michael DiCaprio
Special Agent
Federal Bureau of Investigation

I, the Hon. Christian F. Hummel, United States Magistrate Judge, hereby acknowledge that, on May __18th__, 2022, this affidavit was attested by the affiant by telephone on in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Christian F. Hummel
U.S. Magistrate Judge